IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JANA BRISBOIS,

    Plaintiff,

vs.                              CIV  21-0511 KBM

KILOLO KIJAKAZI,
Acting Commissioner of the
Social Security Administration,

    Defendant.

## ORDER OF REMAND

    Defendant, the Commissioner of Social Security (Commissioner), by and through counsel, has filed an unopposed motion with this Court, pursuant to sentence four of 42 U.S.C. § 405(g), to enter a judgment with an order of reversal with remand of the case for further administrative proceedings. *Doc. 26*. After reviewing Plaintiff's case, the Commissioner submits that remand is warranted. *Id*. Plaintiff does not oppose the requested relief. *Id*.

    To remand under sentence four of 42 U.S.C. § 405(g), however, the Court must review the record and determine whether the decision by the Administrative Law Judge (ALJ) is supported by substantial evidence, or whether the ALJ correctly applied the law relevant to the disability claim.  *Nguyen v. Shalala*, 43 F.3d 1400, 1403 (10th Cir. 1994). If not, reversal is appropriate.  *Id.*

    Having reviewed the record in light of the issues Plaintiff raised in the Motion to Remand *(Doc. 22)*, the Court finds that the ALJ's decision is not supported by

substantial evidence and that the ALJ did not apply the correct legal standards in determining that Plaintiff is not disabled.  Therefore, pursuant to the power of this Court to enter a judgment reversing the Commissioner's decision with remand under sentence four of 42 U.S.C. § 405(g), this Court hereby reverses the Commissioner's decision and remands this matter to the Commissioner. *See Shalala v. Schaefer*, 509 U.S. 292 (1993). Upon remand, the agency will reconsider Plaintiff's claim.

    Dated May 3, 2022.

_____
KAREN B. MOLZEN
United States Magistrate Judge
Proceeding by Consent